UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-21928-CIV-MARTINEZ**

ALEJANDRO ESPINOZA,

       Plaintiff,

v.

NEW BALANCE ATHLETICS, INC. d/b/a
NEW BALANCE,

       Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS MATTER** came before this Court on Plaintiff's Notice of Settlement, (ECF No. 9), which states that the Parties settled this case. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.      The Parties shall file a Notice of Voluntary Dismissal or Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 45 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). If the Parties fail to comply with this Order, this Court shall dismiss this case without prejudice without any further warning.

2.      The Clerk is **DIRECTED** to **DENY** all pending motions as **MOOT**.

3.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the Parties' substantive rights.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _16_ day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record